# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2016

Robert P. Young, Jr.,
Chief Justice

154862 (62)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ATTORNEY GENERAL,
      Plaintiff-Appellant,

v

SC: 154862
COA: 335947

BOARD OF STATE CANVASSERS and
DIRECTOR OF ELECTIONS,
      Defendants-Appellees.

_____/

      On order of the Court, the motion to withdraw the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is GRANTED.

      YOUNG, C.J., and LARSEN, J., not participating.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2016



Clerk

t1209